IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALTON STEEL, INC.,

Plaintiff,

v.

SOMPO AMERICA INSURANCE COMPANY,

Defendant.

Case No. 22-cv-2339 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 4/13/2023**          MONICA A. STUMP, Clerk of Court

                              **s/Tina Gray, Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**